JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/2/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANA DIAZ,** | Case No. 2:15-cv-02235-BRO-MAN |
| Plaintiff, | **ORDER** |
| vs. | |
| **CAPITAL RECOVERY CORPORATION,** | |
| Defendant. | |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 2nd day of October, 2015.

_____
The Honorable Beverly Reid O'Connell

Order to Dismiss - 1